No. 93–67. HARRIS v. OFFICE OF DISCIPLINARY COUNSEL OF THE SUPREME COURT OF PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 93–72. LINCOLN ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–74. CHEPPA v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 93–75. PLYMOUTH HEALTHCARE SYSTEMS, INC., ET AL. v. KEYSTONE HEALTH PLAN EAST, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–76. CHERREY ET UX. v. DIAZ ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–77. RANDOL ET VIR v. MID-WEST NATIONAL LIFE INSURANCE CO. OF TENNESSEE. C. A. 11th Cir. Certiorari denied.

No. 93–78. GILHOOLY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–79. EDWARDS v. ARLINGTON HOSPITAL ASSN. ET AL. Sup. Ct. Va. Certiorari denied.

No. 93–80. SUZUKI MOTOR CORP. ET AL. v. MALAUTEA ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–82. REGENTS OF UNIVERSITY OF CALIFORNIA ET AL. v. SMITH ET AL. Sup. Ct. Cal. Certiorari denied.

No. 93–83. ADAMS ET AL. v. WALTER INDUSTRIES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–84. SHELL OIL CO. v. NELSON ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–87. MCI TELECOMMUNICATIONS CORP. v. DANELLA CONSTRUCTION CORP. C. A. 3d Cir. Certiorari denied.

No. 93–88. FERNANDES v. ROCKAWAY TOWNSHIP TOWN COUNCIL ET AL. Super. Ct. N. J., App. Div. Certiorari denied.